**LOMURRO, MUNSON, LLC**
**Eric H. Lubin, Esq. ID #: 012442007**
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, New Jersey 07728
(732) 414-0300
*Attorneys for Defendant Civil Data Research, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV AND WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CIVIL DATA RESEARCH, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No. 3:24-cv-04143<br><br>[Previously pending in the Superior Court of New Jersey, Law Division, Mercer County, MER-L-292-24] |

**DIVERSITY DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Defendant Civil Data Research, LLC, hereby states it is a California Limited Liability Company with a principal place of business in California.

Defendant Civil Data Research, LLC, is wholly owned by individual Randall Kopf, a citizen of California.

1

Pursuant to 28 U.S.C. 1746 and Fed R. Civ. P. 11, I certify that the foregoing is true and accurate.

    Respectfully submitted,

    LOMURRO, MUNSON, LLC
    Attorneys for Defendant
    Civil Data Research, LLC

    By:    *s/Eric H. Lubin, Esq.*
            Eric H. Lubin, Esq.

Dated:  March 26, 2024