UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                       **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell          **DOCKET #** CV 24-4143 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
            v.
CIVIL DATA RESEARCH

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced: 3:10 AM                    Time Adjourned: 3:12 PM

Total: 2 minutes

s/ *David Bruey*
**DEPUTY CLERK**