# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>We Inform, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4037 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Infomatics, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4041 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>The People Searchers, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4045 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>DM Group, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4075 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Deluxe Corporation, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4080 |

| Atlas Data Privacy Corporation, et. al. | ) | |
| --- | --- | --- |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4096 |
| | ) | |
| Delvepoint, LLC, et. al. | ) | |
| *Defendant* | ) | |

| Atlas Data Privacy Corporation, et. al. | ) | |
| --- | --- | --- |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4098 |
| | ) | |
| Quantarium Alliance, LLC, et. al. | ) | |
| *Defendant* | ) | |

| Atlas Data Privacy Corporation, et. al. | ) | |
| --- | --- | --- |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4103 |
| | ) | |
| Yardi Systems, Inc., et. al. | ) | |
| *Defendant* | ) | |

| Atlas Data Privacy Corporation, et. al. | ) | |
| --- | --- | --- |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4141 |
| | ) | |
| Digital Safety Products, LLC, et. al. | ) | |
| *Defendant* | ) | |

| Atlas Data Privacy Corporation, et. al. | ) | |
| --- | --- | --- |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4143 |
| | ) | |
| Cvil Data Research | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4160 |
| | ) | |
| Scalable Commerce, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4174 |
| | ) | |
| Labels & Lists, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4176 |
| | ) | |
| Innovis Data Solutions Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4178 |
| | ) | |
| Accurate Append, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4256 |
| | ) | |
| Zillow, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Equimine, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4261 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Melissa Data Corp., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4292 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Restoration of America, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4324 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>i360, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4345 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>GoHunt, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4380 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>                v.  )<br>  )<br><u>Accuzip, Inc., et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4383 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>                v.  )<br>  )<br><u>Synaptix Technology, LLC, et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4385 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>                v.  )<br>  )<br><u>Joy Rockwell Enterprises, Inc., et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4389 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>                v.  )<br>  )<br><u>Fortnoff Financial, LLC, et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4390 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>                v.  )<br>  )<br><u>MyHeritage, Ltd., et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4392 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4434 |
| | ) | |
| <u>E-merges.com, Inc., et. al.</u> | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4609 |
| | ) | |
| <u>Nuwber, Inc., et. al.</u> | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4664 |
| | ) | |
| <u>RocketReach LLC, et. al.</u> | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4949 |
| | ) | |
| <u>Belles Camp Communications, Inc., et. al.</u> | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-5600 |
| | ) | |
| <u>Property Radar Inc., et. al.</u> | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
| *Plaintiff*    ) | | |
| v.    ) | Case No. 24-5656 | |
| ) | | |
| <u>The Alesco Group, L.L.C., et. al.</u>    ) | | |
| *Defendant*    ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
| *Plaintiff*    ) | | |
| v.    ) | Case No. 24-5658 | |
| ) | | |
| <u>Searchbug, Inc., et. al.</u>    ) | | |
| *Defendant*    ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
| *Plaintiff*    ) | | |
| v.    ) | Case No. 24-5775 | |
| ) | | |
| <u>Amerilist, Inc., et. al.</u>    ) | | |
| *Defendant*    ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
| *Plaintiff*    ) | | |
| v.    ) | Case No. 24-7324 | |
| ) | | |
| <u>U.S. Data Corporation, et. al.</u>    ) | | |
| *Defendant*    ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
| *Plaintiff*    ) | | |
| v.    ) | Case No. 24-8075 | |
| ) | | |
| <u>Smarty, LLC, et. al.</u>    ) | | |
| *Defendant*    ) | | |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>　　　　v. )<br> )<br><u>Compact Information Systems, LLC., et. al.</u> )<br>*Defendant* ) | Case No. 24-8451 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>　　　　v. )<br> )<br><u>Darkowl, LLC, et. al.</u> )<br>*Defendant* ) | Case No. 24-10600 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date: <u>12/6/2024</u>

<u>/s/ Kashif Chand</u>
*Attorney's signature*

<u>KASHIF T. CHAND</u>
<u>N.J. Bar No. 016752008</u>
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
<u>Newark, NJ 07101</u>
*Address*

<u>KASHIF.CHAND@LAW.NJOAG.GOV</u>
*E-mail address*

<u>973-648-2052</u>
*Telephone number*

<u>973-648-3879</u>
*FAX number*