UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: December 10, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**  **DOCKET NO.:** 24-4143 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
CIVIL DATA RESEARCH, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

Status conference held on the record.

<u>s/Lawrence Macstravic</u>
Deputy Clerk

Time Commenced: 10:18a.m.    Time Adjourned: 10:20a.m.    Total Time in Court: 0:02