UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS


**CAMDEN OFFICE**

                                    **DATE OF PROCEEDING**:    March 24, 2026
**JUDGE HARVEY BARTLE III**


**COURT REPORTER:**   META GODDARD


**TITLE OF CASE:**                    **DOCKET NO.:** 24-4143 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
CIVIL DATA RESEARCH, LLC, et al.


**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.


                                    s/Lawrence Macstravic
                                    Deputy Clerk


Time Commenced: 11:26a.m.    Time Adjourned: 11:28a.m.    Total Time in Court: 0:02