UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Minutes of Proceedings**

**OFFICE:** CAMDEN                        **PROCEEDING DATE**: June 29, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Kimberly Wilson

**TITLE OF CASE:**                        **DOCKET #:** 1:24-cv-4143 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
CIVIL DATA RESEARCH

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

In Person Status Conference held on the record.

Time Commenced: 10:01 a.m.
Time Adjourned:    11:21 a.m.
Total Time: 2 Minutes

                                        s/ Ivannya Fitzgerald
                                            **Deputy Clerk**